IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY ALAN SHOUPE,

    Plaintiff,

v.            No. CV 20-503 BRB/CG

UNITED STATES OF AMERICA,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Certain Deadlines* (the "Motion"), (Doc. 27), filed November 5, 2020. In the Motion, Plaintiff explains the ongoing COVID-19 pandemic has caused unforeseen delays in the availability of witnesses. (Doc. 27 at 1-2). As a result, Plaintiff requests to modify the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 17). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 17), shall be modified as follows:

1. The deadline for Plaintiff to submit expert reports shall be extended to **December 30, 2020**;

2. The deadline for Defendant to submit expert reports shall be extended to **February 15, 2021**;

3. Discovery shall close on **March 15, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 17), remain

in effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE