IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY ALAN SHOUPE,

    Plaintiff,

v.                                  No. CV 20-503 BRB/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record and after conferring with counsel. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **March 8, 2021, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE