IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY ALAN SHOUPE,

    Plaintiff,

v.                                                              No. CV 20-503 BRB/CG

UNITED STATES OF AMERICA,

    Defendant.

**ORDER RESETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE**

**THIS MATTER** is before the Court after conferring with counsel. **IT IS HEREBY ORDERED** that the previously scheduled telephonic pre-settlement status conference set for Monday, March 8, 2021, is **RESET** for **Monday, April 12, 2021, at 2:00 p.m**. The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE