IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY ALAN SHOUPE,

    Plaintiff,

v.                                                            No. CV 20-503 BRB/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING MOTION TO REOPEN AND EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Reopen and Extend Discovery* (the "Motion"), (Doc. 37), filed March 22, 2021. In the Motion, the parties explain that despite "work[ing] cooperatively and diligently to complete written discovery and depose witnesses[,]" four witnesses remain to be deposed. *Id.* at 2. As a result, the parties request to reopen discovery, which closed on March 1, 2021, and to extend the dates and deadlines previously set by the Court. *Id.* at 4; *see also* (Doc. 17); (Doc. 28). The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery shall reopen and the Court's *Order Setting Pretrial Deadlines and Briefing Schedule*, (Doc. 17), and *Order Granting Unopposed Motion to Extend Deadlines*, (Doc. 28), shall be modified as follows:

1. Discovery shall close on **June 30, 2021**.
2. Motions related to discovery shall be filed by **July 7, 2021**;
3. Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) shall be filed by **July 15, 2021**;
4. Plaintiff's Pretrial Order due to Defendant by **July 30, 2021**;

5. Defendants consolidated final Pretrial Order due to the Court by **August 7, 2021**.

   **IT IS SO ORDERED**.

   _____
   THE HONORABLE CARMEN E. GARZA
   CHIEF UNITED STATES MAGISTRATE JUDGE